**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS,<br><br>      Defendants. | Case No. 2:21-CV-01407-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ.**<br><br>**(FIRST REQUEST)** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Leticia Rodriguez ("Plaintiff"), by and through her attorneys, Krieger Law Group, LLC, stipulate and agree as follows:

   1.   Plaintiff filed her Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (First Request), on July 28, 2021 (the "Complaint").

   2.   Plaintiff served Cox on July 30, 2021.

   3.   Cox's deadline to respond, move or otherwise plead to the Complaint is August 20, 2021.



4. Plaintiff and Defendant have agreed that Cox shall have up to an including September 20, 2021, to respond, move or otherwise plead to the Complaint.

5. The request for an extension is so that Cox can review its records pertaining to the allegations in the Complaint.

6. This is the first stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: August 17th, 2021.                                  Dated: August 17th, 2021.

**DICKINSON WRIGHT PLLC**                       **KRIEGER LAW GROUP, LLC**

/s/: Michael N. Feder                                          /s/: Shawn Miller
MICHAEL N. FEDER                                         DAVID KRIEGER
Nevada Bar No. 7332                                          Nevada Bar No. 9086
GABRIEL A. BLUMBERG                                 SHAWN MILLER
Nevada Bar No. 12332                                        Nevada Bar No. 7825
3883 Howard Hughes Parkway, Suite 800         2850 W. Horizon Ridge Parkway, Suite 200
Las Vegas, Nevada 89169                                   Henderson, Nevada  89052
Tel: (702) 550-4400                                             Tel: (702) 848-3855
Fax: (844) 670-6009                                            Email: dkrieger@kriegerlawgroup.com
Email: mfeder@dickinson-wright.com               Email: smiller@kriegerlawgroup.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*                                    *Attorneys for Plaintiff Leticia Rodriguez*
*Cox Communications*

***
**ORDER**

**IT IS SO ORDERED.**

DATED: __August 20_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE



2