**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>       Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS,<br><br>       Defendants. | Case No. 2:21-CV-01407-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ.**<br><br>**(SECOND REQUEST)** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Leticia Rodriguez ("Plaintiff"), by and through her attorneys, Krieger Law Group, LLC, stipulate and agree as follows:

   1.   Plaintiff filed her Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (First Request), on July 28, 2021 (the "Complaint").

   2.   Plaintiff served Cox on July 30, 2021.



1

3. Pursuant to the Stipulation and Order approved by the Court on August 20, 2021, Cox's deadline to respond, move or otherwise plead to the Complaint was extended to September 20, 2021.

4. Plaintiff and Defendant have agreed that Cox shall have a further extension up to an including October 8, 2021, to respond, move or otherwise plead to the Complaint.

5. The request for an extension is so that Plaintiff and Cox can review their records pertaining to the allegations in the Complaint.

6. This is the second stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

| | |
|---|---|
| Dated: September 14th, 2021. | Dated: September 14th, 2021. |
| **DICKINSON WRIGHT PLLC** | **KRIEGER LAW GROUP, LLC** |
| */s/: Michael N. Feder* | */s/: Shawn Miller* |
| MICHAEL N. FEDER | DAVID KRIEGER |
| Nevada Bar No. 7332 | Nevada Bar No. 9086 |
| GABRIEL A. BLUMBERG | SHAWN MILLER |
| Nevada Bar No. 12332 | Nevada Bar No. 7825 |
| 3883 Howard Hughes Parkway, Suite 800 | 2850 W. Horizon Ridge Parkway, Suite 200 |
| Las Vegas, Nevada 89169 | Henderson, Nevada 89052 |
| Tel: (702) 550-4400 | Tel: (702) 848-3855 |
| Fax: (844) 670-6009 | Email: dkrieger@kriegerlawgroup.com |
| Email: mfeder@dickinson-wright.com | Email: smiller@kriegerlawgroup.com |
| Email: gblumberg@dickinson-wright.com | |
| *Attorneys for Defendant Cox Communications* | *Attorneys for Plaintiff Leticia Rodriguez* |

* * *
<b><u>ORDER</u></b>

**IT IS SO ORDERED.**

DATED: ___September 15___, 2021

_____
UNITED STATES MAGISTRATE JUDGE



**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 14th day of September, 2021, a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ., (SECOND REQUEST)** was served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

DAVID KRIEGER
SHAWN MILLER
**KRIEGER LAW GROUP, LLC**
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Tel: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Leticia Rodriguez*

                                       */s/: Dianne Kelling*
                                       An Employee of Dickinson Wright PLLC

