**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS,<br><br>Defendants. | Case No. 2:21-CV-01407-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ.**<br><br>**(THIRD REQUEST)** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Leticia Rodriguez ("Plaintiff"), by and through her attorneys, Krieger Law Group, LLC, stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (First Request), on July 28, 2021 (the "Complaint").

2. Plaintiff served Cox on July 30, 2021.

3. Pursuant to the Stipulation and Order approved by the Court on August 20, 2021, Cox's deadline to respond, move or otherwise plead to the Complaint was extended to September



1

20, 2021.

4. Pursuant to the Stipulation and Order approved by the Court on September 15, 2021, Cox's deadline to respond, move or otherwise plead to the Complaint was extended to October 8, 2021.

5. Plaintiff and Defendant have agreed that Cox shall have an additional extension up to and including October 29, 2021, to respond, move or otherwise plead to the Complaint to provide Cox with additional time to continue its investigation and review its records pertaining to the allegations in the Complaint.

6. The request for an extension is also so that Plaintiff can review her records pertaining to the allegations in the Complaint.

7. This is the third stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: October 6th, 2021.    Dated: October 6th 2021.

**DICKINSON WRIGHT PLLC**    **KRIEGER LAW GROUP, LLC**

*/s/:Michael N. Feder*    */s/:Shawn Miller*
MICHAEL N. FEDER    DAVID KRIEGER
Nevada Bar No. 7332    Nevada Bar No. 9086
GABRIEL A. BLUMBERG    SHAWN MILLER
Nevada Bar No. 12332    Nevada Bar No. 7825
3883 Howard Hughes Parkway, Suite 800    2850 W. Horizon Ridge Parkway, Suite 200
Las Vegas, Nevada 89169    Henderson, Nevada 89052
Tel: (702) 550-4400    Tel: (702) 848-3855
Fax: (844) 670-6009    Email: dkrieger@kriegerlawgroup.com
Email: mfeder@dickinson-wright.com    Email: smiller@kriegerlawgroup.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*    *Attorneys for Plaintiff Leticia Rodriguez*
*Cox Communications*

\* \* \*
**ORDER**

**IT IS SO ORDERED.**

DATED: ___October 7___, 2021    _____
UNITED STATES MAGISTRATE JUDGE



2

## **CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 6th day of October, 2021, a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ., (THIRD REQUEST)** was served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

DAVID KRIEGER
SHAWN MILLER
**KRIEGER LAW GROUP, LLC**
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada  89052
Tel: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Leticia Rodriguez*

                                             */s/: Dianne Kelling*
                                             An Employee of Dickinson Wright PLLC

