1  **DICKINSON WRIGHT PLLC**
   MICHAEL N. FEDER
2  Nevada Bar No. 7332
   GABRIEL A. BLUMBERG
3  Nevada Bar No. 12332
4  3883 Howard Hughes Parkway, Suite 800
   Las Vegas, Nevada 89169
5  Tel: (702) 550-4400
   Fax: (844) 670-6009
6  Email: mfeder@dickinson-wright.com
7  Email: gblumberg@dickinson-wright.com

8  *Attorneys for Defendant*
   *Cox Communications*
9

10                **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13  LETICIA RODRIGUEZ,                    | Case No. 2:21-CV-01407-JCM-BNW

14          Plaintiff,                    | **STIPULATION AND [PROPOSED]**
                                          | **ORDER EXTENDING TIME FOR COX**
15  vs.                                   | **COMMUNICATIONS TO RESPOND TO**
                                          | **PLAINTIFF'S COMPLAINT FOR**
16  NATIONAL CONSUMER TELECOM &           | **DAMAGES PURSUANT TO THE FAIR**
    UTILITIES EXCHANGE, INC., COX         | **CREDIT REPORTING ACT, 15 U.S.C. §**
17  COMMUNICATIONS,                       | **1681 ET SEQ.**

18                                        | **(FOURTH REQUEST)**

19          Defendants.

20      Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright

21  PLLC, and Plaintiff Leticia Rodriguez ("Plaintiff"), by and through her attorneys, Krieger Law

22  Group, LLC, stipulate and agree as follows:

23      1.      Plaintiff filed her Complaint for Damages Pursuant to the Fair Credit Reporting

24  Act, 15 U.S.C. § 1681, et seq. (First Request), on July 28, 2021 (the "Complaint").

25      2.      Plaintiff served Cox on July 30, 2021.

26      3.      Pursuant to the Stipulation and Order approved by the Court on August 20, 2021,

27  Cox's deadline to respond, move or otherwise plead to the Complaint was extended to September

28



1

20, 2021.

4.      Pursuant to the Stipulation and Order approved by the Court on September 15, 2021, Cox's deadline to respond, move or otherwise plead to the Complaint was extended to October 8, 2021.

5.      Pursuant to the Stipulation and Order approved by the Court on October 7, 2021, Cox's deadline to respond, move or otherwise plead to the Complaint was extended to October 29, 2021.

6.      Plaintiff and Defendant have agreed that Cox shall have an additional extension up to and including November 8, 2021, to respond, move or otherwise plead to the Complaint to provide Cox with additional time to continue its investigation and review its records pertaining to the allegations in the Complaint.

7.      This is the fourth stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: October 27th 2021.

**DICKINSON WRIGHT PLLC**

 /s/:Michael N. Feder
Michael N. Feder (NV Bar No. 7332)
Gabriel A. Blumberg (NV Bar No. 12332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

Dated: October 27th 2021.

**KRIEGER LAW GROUP, LLC**

/s/:Shawn Miller
David Krieger (NV Bar No. 9086)
Shawn Miller (NV Bar No. 7825)
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada  89052
Tel: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Leticia Rodriguez*

**\* \* \***
**ORDER**

**IT IS SO ORDERED.**
DATED: _____ October 28 _____, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 27th day of October, 2021, a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ., (FOURTH REQUEST)** was served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

DAVID KRIEGER
SHAWN MILLER
**KRIEGER LAW GROUP, LLC**
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada  89052
Tel: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Leticia Rodriguez*

_/s/: Dianne Kelling_
An Employee of Dickinson Wright PLLC

