David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
*Leticia Rodriguez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE; COX COMMUNICATIONS,<br><br>Defendant(s). | Case No.: 2:21-cv-01407-JCM-BNW<br><br>**JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO COX COMMUNICATION'S MOTION TO DISMISS AND COMPEL ARBITRATION (ECF #21)**<br><br>**(First Request)** |

    Leticia Rodriguez ("Plaintiff"), by and through her counsel, together with Defendant Cox Communication ("Cox"), by and through its counsel, collectively the "Parties", and hereby jointly move, stipulate and agree to extend the time for Plaintiff to respond to Defendant Cox's Motion to Dismiss and

Compel Arbitration ("Motion to Dismiss"), filed on November 8, 2021 as ECF #21, for 3-weeks until December 13, 2021 and show the Court as follows:

Plaintiff's current deadline to respond to the Motion to Dismiss is November 22, 2021. The reason for the extension is because Plaintiff needs additional time to examine and evaluate the arguments, evidence and legal analysis set forth in the Motion to Dismiss and respond to the arguments asserted therein. Additionally, Plaintiff and Cox have engaged in settlement discussions and possible resolution of the Motion to Dismiss and believes there is a fair opportunity that the Parties can resolve this matter without incurring additional judicial resources and expenses of the Parties.

This is Plaintiff's first request for an extension and Defendant Cox has agreed to the extension of time and will not be prejudiced by the extension. Likewise, the extension of time does not affect nor will it prejudice Defendant National Consumer Telecom & Utilities Exchange ("NCTUE").

Stipulated and Agreed: November 19, 2021.

| /s/ Shawn W. Miller | /s/ Michael N. Feder |
|---|---|
| David H. Krieger, Esq. | Michael N. Feder, Esq. |
| Shawn W. Miller, Esq. | DICKINSON WRIGHT PLLC |
| KRIEGER LAW GROUP, LLC | 3883 Howard Hughes Parkway |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | Suite 800 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89169 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant COX** |

### ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 22, 2021