David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
*Leticia Rodriguez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LETICIA RODRIGUEZ,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE; COX COMMUNICATIONS,<br><br>Defendant(s). | Case No.: 2:21-cv-01407-JCM-BNW<br><br>**STIPULATION BETWEEN PLAINTIFF AND COX COMMUNICATIONS GRANTING COX COMMUNICATION'S MOTION TO DISMISS, WITHOUT PREJUDICE, ON THE BASIS THE PLAINTIFF'S CLAIMS ARE SUBJECT TO ARBITRATION** |

Leticia Rodriguez ("Plaintiff"), by and through her counsel, together with Defendant Cox Communication ("Cox"), by and through its counsel, collectively the "Parties", and hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint on July 28, 2020 (ECF No. 1).

2. Defendant Cox Communications filed a Motion to Dismiss on November 8, 2020, alleging that

the Court lacks jurisdiction due to an arbitration agreement and asserts that Plaintiff must be compelled to arbitrate its claims against Cox due to a valid and enforceable arbitration agreement. (ECF 21).

3. Plaintiff's counsel contacted Cox's counsel advising that Plaintiff will stipulate to arbitration in accordance with the arbitration agreement.

4. As such, Plaintiff and Cox stipulate and agree that Cox's Motion to Dismiss is granted solely on the basis that Plaintiff's claims are subject to arbitration and that Cox should be dismissed, without prejudice, with each Party to bear its own fees and costs incurred in this proceeding.

Stipulated and Agreed: December 21, 2021.

| /s/ Shawn W. Miller | /s/ Michael N. Feder . |
|---|---|
| David H. Krieger, Esq. | Michael N. Feder, Esq. |
| Shawn W. Miller, Esq. | DICKINSON WRIGHT PLLC |
| KRIEGER LAW GROUP, LLC | 3883 Howard Hughes Parkway |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | Suite 800 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89169 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant COX** |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: January 28, 2022